Frederick W. Kosmo, Jr. (State Bar No. 138036)
Wilson Turner Kosmo LLP
550 West C Street, Suite 1050
San Diego, CA 92101-3532
619-236-9600
619-236-9669 (fax)
fkosmo@wilsonturnerkosmo.com

Attorneys for Plaintiff NATURAL ALTERNATIVES INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CENEGENICS, LLC and, ATLANTIC-PRO NUTRIENTS dba XYMOGEN, LLC,<br><br>Defendants. | Case No. 3:16-cv-1711-JLS-BGS<br><br>**PLAINTIFF NATURAL ALTERNATIVES INTERNATIONAL, INC.'S ANSWER TO DEFENDANT CENEGENICS, LLC'S COUNTERCLAIMS** |

Plaintiff, Natural Alternatives International, Inc. ("NAI") hereby answers the counterclaims of defendant Cenegenics, LLC.

## COUNTERCLAIMS

1. NAI admits the allegations of this paragraph.

2. NAI admits the allegations of this paragraph.

## JURISDICTION AND VENUE

3. NAI admits that subject matter jurisdiction exists.

4. NAI admits that venue is proper in this District.

5. NAI admits that it has alleged that Cenegenics infringes the patents-in-suit and that there is an actual controversy between NAI and Cenegenics, but denies the remaining allegations of this paragraph.

## FIRST COUNTERCLAIM

## (Non-Infringement of the '376 Patent)

6. NAI incorporates by reference its responses to the allegations in the foregoing paragraphs.

7. NAI denies the allegations of this paragraph.

8. NAI admits that Cenegenics' counterclaim seeks a declaratory judgment, but denies the remaining allegations of this paragraph.

## SECOND COUNTERCLAIM

## (Non-Infringement of the '084 Patent)

9. NAI incorporates by reference its responses to the allegations in the foregoing paragraphs.

10. NAI denies the allegations of this paragraph.

11. NAI admits that Cenegenics' counterclaim seeks a declaratory judgment, but denies the remaining allegations of this paragraph.

**THIRD COUNTERCLAIM**

**(Invalidity of the '376 Patent)**

12. NAI incorporates by reference its responses to the allegations in the foregoing paragraphs.

13. NAI denies the allegations of this paragraph.

14. NAI admits that Cenegenics' counterclaim seeks a declaratory judgment, but denies the remaining allegations of this paragraph.

**FOURTH COUNTERCLAIM**

**(Invalidity of the '084 Patent)**

15. NAI incorporates by reference its responses to the allegations in the foregoing paragraphs.

16. NAI denies the allegations of this paragraph.

17. NAI admits that Cenegenics' counterclaim seeks a declaratory judgment, but denies the remaining allegations of this paragraph.

Any allegation in the counterclaim that is not expressly admitted above is hereby denied.

**RESPONSE TO PRAYER FOR RELIEF**

Cenegenics' prayer for relief does not contain any allegations and therefore no responsive pleading is required. Should a response be deemed necessary, NAI denies each and every allegation in Cenegenics' prayer for relief, except admits only that Cenegenics purports to demand judgment and certain forms of relief, but denies that there is any legal or factual basis for awarding the requested relief.

**DEFENSES**

1. Cenegenics' counterclaim fails to state a claim on which relief can be granted.

2. NAI reserves the right to add to or amend this list of defenses upon further investigation, including through discovery.

## REQUEST FOR RELIEF

NAI respectfully requests that this Court enter judgment and the following relief against Cenegenics on its counterclaims:

a. judgment in favor of NAI denying Cenegenics' request for declaratory judgment;

b. order finding this case exceptional and awarding NAI its attorneys' fees as allowed by law, including 35 U.S.C. § 285;

c. costs pursuant to Fed. R. Civ. P. 54(d) or otherwise provided by law; and

d. such other relief as the Court deems just and appropriate under the circumstances.

Dated: October 24, 2016

Respectfully submitted,

Wilson Turner Kosmo LLP

By: s/ Frederick W. Kosmo, Jr.
Wilson Turner Kosmo LLP

*Attorneys for Plaintiff Natural Alternatives International. Inc.*

Of Counsel:

Kevin M. Bell
Richard J. Oparil
W. John McKeague
Porzio, Bromberg & Newman, P.C.
1200 New Hampshire Ave., NW, Suite 710
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)