UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC.,<br><br>                         Plaintiff,<br><br>v.<br><br>CENEGENICS, LLC, and Atlantic-Pro Nutrients d/b/a Xymogen, LLC,<br><br>                         Defendants. | Case No.: 16-cv-1711-JLS (BGS)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>(ECF No. 12) |

Presently before the Court is Plaintiff Natural Alternatives International, Inc.'s and Defendants Cenegenics, LLC's and Xymogen, Inc.'s Stipulation of Voluntary Dismissal with Prejudice ("Stipulation"). (ECF No. 32.) The parties "stipulate and agree that the present action be dismissed with prejudice . . . ." (Joint Stipulation 1.) Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). In the instant case, the Joint Stipulation meets the requirements of Rule 41; therefore the entire action is **DISMISSED WITH PREJUDICE**. As stipulated by the

/ / /

/ / /

/ / /

1  parties, each party shall bear their "own attorney's fees and costs." (Joint Stipulation 1.)
2  Because this concludes the litigation in this matter, the Clerk **SHALL** close the file.
3      **IT IS SO ORDERED.**
4  Dated: January 25, 2017

                                                Hon. Janis L. Sammartino
                                              United States District Judge